IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:34 pm, Dec 23, 2020
JEFFREY P. COLWELL, CLERK

Civil Action No. _____

EEOC Charge# 32A-2019-00628 with  NRTS issued on 9/29/2020

==========================================================================

CHUNYI  XU                                                                 *Plaintiff   Pro Se*

9097 W. Floyd Ave.,  Lakewood,  CO 80227

chunyixu@yahoo.com        (720)891-6503

v.

Edwin Salem                                                                *Defendant 1*

edwin_salem@dpsk12.org   (720)384-7475

Rhonda Juett                                                               *Defendant 2*

rhonda_Juett@dpsk12.org   (720)423-5750


DENVER PUBLIC SCHOOLS                                                      *Defendant 3*

Mary Gray                                                                  Defendant 3 Counsel

mgray@semplelaw.com        *(303)595-0491*

*1120 Lincoln St. Suite 1308, Denver,  CO 80203*

==========================================================================

**EMPLOYMENT DISCRIMINATION COMPLAINT**

### A.  CLAIMS

**A1. Defendants' conducts were discriminatory and retaliatory on the basis below:**

 _ race      _religion      _ accent      _ age

**A2. Conducts in the following incidents/areas, for examples:**

___ Manipulated jobs with threatening and reduction on 7/30/2018, 9/24/2018, 1/15/2019, 1/31/2019, 6/4/2019, etc.

____ Used Discriminative terms and different work conditions without equipment and support

____ Never took actions with neglect against Racism starting on 12/13/2018

____ Fabricated Religion with discrimination and with job threat on 1/15/2019

____ Massive harassment and retaliation toward observations and performance evaluation

____ Failed to execute plans agreed on 1/28/2019 and 2/3/2019, and covered up the discriminative HR investigation throughout all appeals and level-II grievance since 4/1/2019

____ Failed to provide the reserved gown for HS graduation on 5/22/2019 with threatening

____ Stalked on 2/3/2019 job fair, sabotaged on 8/19/2019 and disparaged during experience checking, CDE licensing

____ Received "NM" annual evaluation on 5/31/2019 after I complained and met with Superintendent Anthony Smith around 5/18/2019

____ Failed to pay equally

   **A3.** **Supporting facts including, but NOT all:**

____ Written documents including emails, agreements, scheduled workload and meeting minutes

____ Colleagues/Students' affidavits/depositions/photos/A.V.

____ Witness contacts (Ms. Smith, Mr.Noriega, Mr. O'Brien, Mr. Jiang, Mr. Huxen, <u>former Senior Students,</u> as well as Union Director Mr.Grosso)

____ Outside documents from CDE, EEOC, etc.

____ Unemployment fact from Colorado Labor Department

   B. **Request for relief**, **such as**
   B1. Month's unemployment loss and career disruption

   B2. Year's mental depression because defendants **refused** to mediate through EEOC

   B3. Teacher license cost about $10K

   B4. Salary shortage & Additional penalty together $1 Million payment from Defendants

   C. **Under Federal Rule and under penalty of perjury** by signing below, I certify and declare that the information in this complaint is true and correct to my best knowledge.

<u>*CHUNYI XU*</u>

12/23/2020