**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 20-cv-03774-RMR-SKC

CHUNYI XU, aka DAVID XU
    Plaintiff,

v.

DENVER PUBLIC SCHOOLS, SCHOOL DISTRICT NO. 1,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Regina M. Rodriguez entered on February 22, 2023, [ECF No. 87] it is

ORDERED that Defendant's Renewed Motion for Summary Judgment [ECF NO. 75] is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of the Defendant, Denver Public Schools, School District No. 1, and against the Plaintiff, Chunyi Xu. It is

FURTHER ORDERED that Defendant shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days after the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of February, 2023.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ K. Myhaver
                                        K. Myhaver, Deputy Clerk